**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS ALBERTO CASTILLO-YUGCHA,** **Petitioner,** | § § § | |
| **v.** | § | **EP-26-CV-02417-DB** |
| **TODD BLANCHE,** *Attorney General*, *et al.*, **Respondents.** | § § § § | |

**ORDER**

On this day, the Court considered the above-captioned case. On September 29, 2026, Petitioner Luis Alberto Castillo-Yugcha ("Petitioner") filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Petition"). ECF No. 4. Therein, Petitioner alleges his detention is unlawful and asks the Court to order his immediate release or a bond hearing. *Id.* at 6–7. On October 2, 2026, Respondents filed a "Response to Petitioner's Writ of Habeas Corpus" ("Response"). ECF No. 6. Therein, Respondents provide that Petitioner's final order of removal, with a removal directive to Honduras, became administratively final on April 27, 2026. *Id.* at 1–2; *see* ECF No. 6-2. Petitioner was taken into immigration custody on August 8, 2026. ECF No. 6 at 2. Respondents further advise:

> Petitioner is currently pending removal to Honduras through the Asylum Cooperative Agreement. Ex. A at ¶ 13. ICE has worked diligently to effectuate Petitioner's removal to Honduras since the removal order became final. *Id.* at ¶ 14. ICE has initiated removal coordination and submitted the required referral for review. *Id.* at ¶ 16. Petitioner's removal is currently pending approval from the receiving country and flight availability. *Id.* at ¶ 16. Petitioner has been nominated for a removal mission scheduled within the month and is currently pending final allocation, required approvals, operational availability, and clearing any applicable court orders or other legal restrictions. *Id.* at ¶ 17.

ECF No. 6 at 2.

At this time, the Court reserves ruling on the merits of Petitioner's writ. However, based on the facts alleged in the Response, the Court finds good cause exists to lift the stay of removal issued by this Court on September 29, 2026, in ECF No. 3.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on September 29, 2026, in ECF No. 3, is **LIFTED**.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status update either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date, **no later than February 8, 2027**.[1]

**IT IS FINALLY ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

SIGNED this 6th day of October, 2026.

Kathleen Cardone

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.